UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

LEYSLI VANESSA ROJAS GONZALEZ,

   Defendant.

CASE NO. **2:24-mj-00654**

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. Defendant was born in Mexico, and indicates she is a citizen of that country. The Court received no verified information about Defendant's residence, ties to the community, employment, health or substance use. It appears Defendant arrived here in February of 2024. Defendant was arrested after a search of the residence she apparently shares with the codefendant. Defendant indicated she could release to a relative's residence but did not know the address. A large amount of drugs were found at the residence in plain view and Defendant was observed with the codefendant during some the alleged drug transactions. Defendant did not contest detention. The Court finds

DETENTION ORDER - 1

Defendant has failed to overcome the rebuttal presumption that he is both a flight risk and a danger to the community.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 28th day of October, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2